In the Matter of the Claim of STELLA KELLY, Respondent, against ERNEST STRINGHAM and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motions denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JACOB BEATTY, Respondent, against LUCKEY PLATT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FRED DEL MOORES, Respondent, against KENNWELL CONTRACTING COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT H. BOWLEY, Appellant.— Judgment of conviction affirmed. Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Hasbrouck, J., dissents and votes for reversal and a new trial, on the ground that the fairness of the trial was destroyed by proving an effort at embracery by the defendant at the time of the selection of the jury.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD J. FRIEDMAN, Petitioner, Respondent, v. HARRY M. KAISER, Warden of Clinton Prison, Respondent, Appellant.— Appeal dismissed, upon the ground that the appeal has not been taken in the name of the People, as required by section 1275 of the Civil Practice Act. (*People ex rel. Shane* v. *Gittens,* 209 N. Y. 527; *People ex rel. Dinsmore* v. *Keeper of Penitentiary,* 125 App. Div. 137.) Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.█ [134 Misc. 786.]